IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| MOHAMMAD SAKHADOD, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 05-2367-KHV-JTR |
| ) | |
| JO ANNE B. BARNHART, ) | |
| COMMISSIONER OF ) | |
| SOCIAL SECURITY, ) | |
| ) | |
| Defendant. ) | |

**ORDER GRANTING ATTORNEY'S FEES
UNDER THE EQUAL ACCESS TO JUSTICE ACT (EAJA)**

The Court, after reviewing the file and being advised by the parties that they have agreed to an award under the Equal Access to Justice Act, 28 U.S.C. § 2412(d), in connection with the court-related representation of Plaintiff in this social security appeal, finds that reimbursement should be made for attorney fees in the amount of $6,453.20.

IT IS THEREFORE CONSIDERED AND ORDERED THAT, pursuant to 28 U.S.C. § 2412, Plaintiff is granted attorney's fees and expenses under the EAJA in the amount of $6,453.20, such amount to be paid to Plaintiff's attorney.

IT IS SO ORDERED.

Dated this 28th day of August, 2006, at Kansas City, Kansas

s/ Kathryn H. Vratil
KATHRYN H. VRATIL
United States District Judge

APPROVED BY:

s/Luis Mata
LUIS MATA
Randles, Mata & Brown, LLC
406 W. 34th Street - Suite 623
Kansas City MO 64111
Email: luis@rmblawyers.com
       Attorney for Plaintiff


ERIC F. MELGREN
United States Attorney

s/Christopher Allman
CHRISTOPHER ALLMAN
Assistant United States Attorney
500 State Avenue, Suite 360
Kansas City, Kansas  66101
(913) 551-6730
(913) 551-6541
Ks. S. Ct. No. 14225
Email: Chris.Allman@usdoj.gov

       Attorneys for Defendant

ELECTRONICALLY SUBMITTED